```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE F. REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | D.C. NO. 2-11-cr-0532 KJM |
| v. | APPLICATION FOR UNSEALING INDICTMENT |
| ALAN IRWIN BURNOR, | |
| Defendant. | |

On December 16, 2011, the indictment was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment and this case be unsealed.

DATED: December 19, 2011          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By:/s/ Kyle F. Reardon
                                     KYLE F. REARDON
                                     Assistant U.S. Attorney

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | KYLE F. REARDON |
|   | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )   D.C. NO. 2-11-cr-0532 KJM
                           )
    v.                     )   ORDER FOR
                           )   UNSEALING INDICTMENT
ALAN IRWIN BURNOR,         )
                           )
         Defendant.        )
_____)

The government's request to unseal the indictment and this case is GRANTED.

SO ORDERED.

DATED: December 19, 2011        /s/ Carolyn K. Delaney
                                HON. CAROLYN K. DELANEY
                                U.S. Magistrate Judge