IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00532 KJM |
| Plaintiff, | |
| v. | **ORDER** |
| ALAN IRWIN BURNOR, | |
| Defendant. | |

The United States motion to dismiss Count Two of the pending indictment in case number 2:11-CR-00532 KJM is granted. The status conference set for June 6, 2013, is hereby vacated.

APPROVED AND SO ORDERED.

Dated: May 28, 2013.

_____
UNITED STATES DISTRICT JUDGE